**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4419 Van Nuys Blvd., Ste. 301
Sherman Oaks, CA 91602
T: (323) 940-1700
F: (510) 570-3815
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
PRANAV KULKANI,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRANAV KULKANI,<br><br>    Plaintiff,<br><br>vs.<br><br>POSSIBLE FINANCE, INC. dba POSSIBLE FINANCE,<br><br>    Defendant(s), | Case No.: 2:25-cv-00023-MAA<br><br>**NOTICE OF SETTLEMENT** |

### NOTICE OF SETTLEMENT

NOW COMES Plaintiff, PRANAV KULKANI, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible

- 1 -

NOTICE OF SETTLEMENT

and Plaintiff anticipates filing a Fed. R. Civ. P. 41 stipulation to dismiss, with prejudice, within sixty (60) days.

Dated: May 29, 2025

RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.